**MAHIR S. NISAR** (NY #4788766)
*Principal*
**KIMBERLY NOE-LEHENBAUER** (OK #34744)*
*Senior Counsel*
**Nisar Law Group, P.C.**
60 E. 42nd Street, Ste. 4600
New York, New York 10165
(212) 600-9532
mnisar@nisarlaw.com
kimberly@nisarlaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**MUSSAB ALI,**

*Plaintiff,*

v.

**JERSEY CITY BOARD OF EDUCATION;**

**NOEMÍ VELÁZQUEZ,** in her individual and official capacities as President of the Jersey City Board of Education;

**DEJON MORRIS,** in his individual and official capacities as Vice President of the Jersey City Board of Education;

**AFAF MUHAMMAD,** in her individual and official capacities as Trustee of the Jersey City Board of Education;

**NATALIA IOFFE,** in her individual and official capacity as Trustee of the Jersey City Board of Education;

Civil Action No. 2:26-cv-5754

**PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

**ORAL ARGUMENT REQUESTED**

**Motion Noticed:** May 20, 2026

**GEORGE BLOUNT,** in his individual and official capacities as Trustee of the Jersey City Board of Education;

**ALPA PATEL,** in her individual and official capacities as Trustee of the Jersey City Board of Education;

**NORMA FERNANDEZ,** in her individual and official capacities as Superintendent of Jersey City Public Schools; AND

**JOHN/JANE DOES 1–10** (identities presently unknown), individually and in their official capacities,

*Defendants.*

**NOTICE OF PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Plaintiff Mussab Ali, by and through undersigned counsel, moves this Court pursuant to Federal Rule of Civil Procedure 65, 28 U.S.C. § 1343, and Local Civil Rule 65.1 of the United States District Court for the District of New Jersey, for entry of: (1) a Temporary Restraining Order providing immediate relief pending a hearing on Plaintiff's motion for a Preliminary Injunction; (2) upon full briefing and hearing, a Preliminary Injunction; and (3) upon resolution of the merits of this action, conversion of the Preliminary Injunction to a Permanent Injunction.

This motion is supported by the accompanying Memorandum of Law, the Verified Complaint filed contemporaneously herewith, and all other papers filed and oral arguments as may be presented to the Court in this action.

Pursuant to L. Civ. R. 65.1, Plaintiff submits that the emergency nature of this application — specifically the imminent deprivation of Plaintiff's right to vote in person at the June 2, 2026 Democratic primary election, in which Plaintiff is himself a candidate for the United States House of Representatives — constitutes good and sufficient reason why the ordinary notice of motion procedure is insufficient and why emergency relief is necessary. Plaintiff has notified Defendants of this application as set forth in the accompanying certification of counsel.

DATED: May 20, 2026

Respectfully submitted,

/s/ *Mahir S. Nisar*
MAHIR S. NISAR (NY #4788766)
mahir@nisarlaw.com

KIMBERLY NOE-LEHENBAUER (OK #34744)*
kimberly@nisarlaw.com

**NISAR LAW GROUP P.C.**
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, New York 10165
(212) 600-9534

*Attorneys for Plaintiff*

**Licensed in OK, not in NY. Practice limited to federal matters.*
**Application pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I, Kimberly Noe-Lehenbauer, certify that on May 20, 2026, I served notice of this Motion and the accompanying Memorandum of Law, Complaint, and all other related documents, via email to:

**Ramon Rivera**
Antonelli Kantor Rivera PC
354 Eisenhower Parkway, Ste. 1000
Livingston, NJ 07039
rrivera@akrlaw.com

**Noemi Velazquez**
noemivelazquez@jcboe.org

**Dejon Morris**
dejonmorris@jcboe.org

**Afaf Muhammad**
afafmuhammad@jcboe.org

**Natalia Ioffe**
nataliaioffe@jcboe.org

**George Blount**
georgeblount@jcboe.org

**Alpa Patel**
alpapatel@jcboe.org

**Lorenzo Richardson**
lorenzorichardson@jcboe.org

**Tia Rezabala**
tiarezabala@jcboe.org

**Matthew Schneider**
matthewschneider@jcboe.org

**Norma Fernandez**
nfernandez2@jcboe.org

*/s/ Kimberly Noe-Lehenbauer*
Kimberly Noe-Lehenbauer

May 20, 2026
Date