**ANTONELLI KANTOR RIVERA PC**
354 Eisenhower Parkway, Suite 1000
Livingston, New Jersey 07039
Tel.: 908-623-3676
Fax: 908-866-0336
Lori D. Reynolds – (05260-2013)
Ramon E. Rivera – (03536-2000)
Attorneys for Defendants, Jersey City Board of Education

| | |
|---|---|
| MUSSAB ALI,<br><br>Plaintiff,<br><br>vs.<br><br>JERSEY CITY BOARD OF EDUCATION, *et al.*,<br><br>Defendants. | DISTRICT COURT OF NEW JERSEY<br><br>CIVIL ACTION NO. 2:26 -cv-05754-BRM-JBC<br><br>**Civil Action**<br><br>**CONSENT ORDER** |

**THIS MATTER** having come before the Court by way of joint application of Mussab Ali ("Plaintiff"), by and through his counsel, Nisar Law Group PC, and Jersey City Board of Education ("Defendants") by and through their counsel, Antonelli Kantor Rivera PC, for entry of this Consent Order, and the parties having consented to the form and entry of this Consent Order, and the Court having considered this proposed Consent Order, and for good cause shown;

**IT IS** on this 28 day of May 2026

**ORDERED** that the Defendant retains the revised Resolution, amended on May 21, 2026, that provides:

NOW, THEREFORE, be it resolved that the Jersey City Board of Education:

1. Condemns Mr. Ali's encouragement of JCBOE students to intentionally violate the Student Code of Conduct to miss school to attend the February 13, 2026, political rally at City Hall of Jersey City.

2. Bans Mr. Ali from access to any District facility *during student instructional hours* unless he receives prior approval from the Superintendent, or he is attending a public meeting for the Jersey City Board of Education*, or he is participating in any legally protected election-related activity, including but not limited to voting in an election.*

**ORDERED** that, consistent with the above Resolution, Defendant permits Plaintiff access to District Facilities outside of student instructional hours, subject to adherence to all applicable District policies and regulations; it is further

**ORDERED** that, consistent with the above Resolution, Defendant permits Plaintiff access to any District facility if he is participating in any legally protected election-related activity, including but not limited to voting in an election; it is further

**ORDERED**, that should these conditions not be followed by Defendant, Plaintiff reserves the right to return on an order to show cause under Loc. Civ. R. 65.1; and it is further

**ORDERED,** that a copy of this Order shall be served upon all counsel of record via ECF on the date set forth herein.

**SO ORDERED:**

Brian R. Martinotti
HON. BRIAN R. MARTINOTTI

We hereby consent to the entry of the within Order:

**NISAR LAW GROUP PC**
60 E. 42nd Street, Ste. 4600
New York, New York 10165
Attorney for Plaintiff
Mussab Ali

By: /s/ Kimberly Noe-Lehenbauer
Kimberly Noe-Lehenbauer, Esq.

Date: May 28, 2026

**ANTONELLI KANTOR RIVERA PC**
354 Eisenhower Parkway
Suite 1000
Livingston, NJ 07039
Attorneys for Defendant,
Jersey City Board of Education

By: /s/ Ramon E. Rivera
Ramon E. Rivera, Esq.

Date: May 28, 2026

**Adams Lattiboudere Croot Herman**
555 Route 1 South
Suite 240
Iselin, NJ 08830
Attorneys for Defendant,
Dr. Norma Fernandez

By: /s/ Adam S. Herman
Adam S. Herman, Esq.

Date: May 28, 2026